Filed:  September 19, 2001

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 01-6725
(CA-00-392-2-11AJ)

Clarence Edward Alexander,

Petitioner - Appellant,

versus

United States Department of Justice, et al.,

Respondents - Appellees.

O R D E R

The court amends its opinion filed September 13, 2001, as follows:

On the cover sheet, section 3 -- the district court information is corrected to read "Appeal from the United States District Court for the District of South Carolina, at Charleston.  Falcon B. Hawkins, Senior District Judge.  (CA-00-392-2-11AJ)".

On page 2, line 6 of text -- "S.D.W. Va." is corrected to read "D.S.C."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6725**

_____

CLARENCE EDWARD ALEXANDER,

Petitioner - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF
PRISONS; MICKEY E. RAY,

Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Falcon B. Hawkins, Senior District
Judge.  (CA-00-392-2-11AJ)

_____

Submitted:  September 6, 2001        Decided:  September 13, 2001

_____

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Clarence Edward Alexander, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clarence Edward Alexander appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Alexander v. United States Dep't of Justice, No. CA-00-392-2-11AJ (D.S.C. Feb. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3